## Yaehing, Appellant, *v.* Baltimore & Ohio Railroad Company.

Argued Oct. 11, 1911.    Appeal, No. 95, Oct. T., 1911, by plaintiff, from judgment of C. P. Butler Co., March Term, 1910, No. 7, refusing to take off nonsuit in case of Albert E. Yaehnig v. Baltimore & Ohio Railroad Company.    Before FELL, C. J., BROWN, MESTREZAT, POTTER, STEWART and MOSCHZISKER, JJ.    Reversed.

Trespass to recover damages for personal injuries. Before GALBREATH, P. J.

The facts appear in Wachsmith v. Baltimore & Ohio Railroad Co., ante, p. 465.

The court entered a judgment of nonsuit which it subsequently refused to take off.    Plaintiff appealed.

*Error assigned* was refusal to take off nonsuit.

*James E. Marshall,* for appellant.

*R. P. Scott,* for appellee.

PER CURIAM, January 2, 1912:

This case was tried in the common pleas and argued on appeal with Wachsmith v. Baltimore & Ohio Railroad Co., ante, p. 465.    The facts are the same in both cases.

The judgment is reversed with a procedendo.